```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 11532
    GAVIN WOODWARD
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5152

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/07/2008 and was not confirmed.

     The case was dismissed without confirmation 09/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
AMGNL                      CURRENT MORTG         .00           .00            .00
AMGNL                      SECURED NOT I         .00           .00            .00
BANK OF NEW YORK           NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC         .00           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE  142591.86            .00            .00
COUNTRYWIDE HOME LOANS I   NOTICE ONLY    NOT FILED            .00            .00
B-REAL LLC                 UNSECURED         6449.58           .00            .00
B REAL LLC                 NOTICE ONLY    NOT FILED            .00            .00
CITIBANK                   UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERV     NOTICE ONLY    NOT FILED            .00            .00
LVNV FUNDING LLC           UNSECURED          197.16           .00            .00
MELVIN J KAPLAN            DEBTOR ATTY      2,500.00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                     -------------        -------------
TOTALS                     .00                   .00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 11532 GAVIN WOODWARD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                              /s/ Tom Vaughn

Dated: 12/22/08                   _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE